FILED BY ⎯⎯ D.C.

UNITED STATES DISTRICT COURT

05 AUG 10 AM 11:19

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ELAINE L. CHAO, Secretary ) | |
| of Labor, United States ) | |
| Department of Labor, ) | CIVIL ACTION |
| ) | 05-2563  MI P |
| Plaintiff ) | FILE NO. _____ |
| ) | |
| v. ) | |
| ) | |
| MIN FANG YANG, ) | |
| HUO GUANG HUANG, ) | |
| TASTY BUFFET, INC., and ) | |
| TASTY CHINA BUFFET, INC., ) | |
| ) | |
| Defendants ) | |

### ORDER

Having duly considered the Motion for Permission to Appear as Counsel Pro Hac Vice submitted by counsel for the plaintiff, it is this __9__ day of __August__, 2005, hereby

ORDERED, that attorney Brian W. Dougherty be and is hereby permitted to appear in this Court for the purpose of representing the Secretary of Labor, United States Department of Labor, in the above-referenced case.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-11-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Honorable Jon McCalla
US DISTRICT COURT