UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

FILED BY AC D.C.

05 AUG 10 AM 11: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff | |
| v. | |
| MIN FANG YANG, HUO GUANG HUANG, TASTY BUFFET, INC., and TASTY CHINA BUFFET, INC., | |
| Defendants | |

CIVIL ACTION

FILE NO. 05-2563  MI P

### ORDER

On motion of plaintiff and the Court being sufficiently advised, it is

ORDERED that Nettie Lewis hereby is authorized and appointed, pursuant to Rule 4(c), Federal Rules of Civil Procedure for the purpose of serving of process upon the defendants or their authorized agents in this action.

This 9 day of Aug., 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-11-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Honorable Jon McCalla
US DISTRICT COURT