IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JC_ D.C.

05 AUG 10 AM 11:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

ELAINE L. CHAO, Secretary        )
of Labor, United States          )
Department of Labor,             )
                                 )
        Plaintiff,               )
                                 )
v.                               )   No. 05-2563 Ml/P
                                 )
MIN FANG YANG, HUO GUANG         )
HUANG, TASTY BUFFET, INC.,       )
and TASTY CHINA BUFFET, INC.     )
                                 )
        Defendants.              )

---

**ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

---

Before the Court is Plaintiff's Motion for Preliminary Injunction, filed August 8, 2005. The Court will hold a hearing on this motion on <u>Thursday, September 1, 2005, at 2:00 p.m.</u>

Plaintiff is hereby ORDERED to serve a copy of this order on Defendants along with a copy of the Complaint in this case.

SO ORDERED this __10__ day of August, 2005.

                                        JON P. McCALLA
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-11-05

(8)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Honorable Jon McCalla
US DISTRICT COURT