M1
CMJP

FILED BY ____ D.C.
05 AUG 30 PM 4:11
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ___CAR___ D.C.
2005 AUG 29 PM 3:17
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

ELAINE L. CHAO, Secretary of Labor, )
United States Department of Labor, )
)
PLAINTIFF, )
)
v. )
) CIVIL ACTION NO. 05-2563 M1/P
MIN FANG YANG, HUO GUANG )
HUANG, TASTY BUFFER, INC., and )
TASTY CHINA BUFFET, INC. )
)
DEFENDANTS. )

MOTION GRANTED
Preliminary Injunction
Hearing Reset to
Monday, Sept. 19,
2005 at 9:00 AM

/s/ Jon P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Aug 30, 2005
DATE

## MOTION FOR CONTINUANCE OF
## PRELIMINARY INJUNCTION HEARING

A Preliminary Injunction hearing is set in this matter on September 1, 2005. Defendants Yang and Huang have very limited ability to speak English and their recently retained counsel does not speak Mandarin. Defendants Yang and Huang, together with their counsel, need time to locate a competent interpreter that can facilitate meaningful conversations between them in order to prepare for the injunction hearing. Defendants, therefore, request that the injunction hearing set for September 1, 2005, be postponed to a later date at least seven to ten days after the current setting. When consulted regarding this motion, Plaintiffs' counsel did not oppose postponement of the hearing.

Pursuant to Local Rule 7.2, filed contemporaneously herewith will be a memorandum in support of this motion, a Certificate of Consultation, and a Proposed Order.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-31-05

(14)

Respectfully submitted,

Stephen D. Wakefield  BPR No. 5632
Kim Koratsky BPR No. 20163
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120-4367
901.537.1000

Counsel for Defendants

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail, postage prepaid, and facsimile delivery, on this the ___ day of August, 2005:

Brian W. Dougherty
Howard M. Radzely
Stanley E. Keen
Theresa Ball
Office of the Solicitor
U.S. Department of Labor
618 Church Street, Suite 230
Nashville, TN 37219-2456
Fax No. (615) 781-5321

519385.1

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Honorable Jon McCalla
US DISTRICT COURT