FILED BY [signature] D.C.

05 SEP 13 PM 3:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED [illegible] Cas D.C.

2005 SEP 12 AM 11:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELAINE L. CHAO, Secretary of Labor, )
United States Department of Labor, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 05-2563 M1/P
)
MIN FANG YANG, HUO GUANG ) MOTION GRANTED
HUANG, TASTY BUFFET, INC., AND ) [signature]
TASTY CHINA BUFFET, INC., ) JON PHIPPS McCALLA
) U.S. DISTRICT JUDGE
Defendants. ) Sept. 13, 2005
    DATE

## MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS

Undersigned counsel, on behalf of Wyatt, Tarrant & Combs, LLP, hereby respectfully move the Court for leave to withdraw as counsel for Defendants in this action. Withdrawal is sought because of difficulties of communication. Defendants have located counsel fluent in their native language who will be better able to provide a defense. Lead counsel being substituted is Raymond Wong, 150 Broadway, Suite 1588, New York, New York. Mr. Wong will obtain local counsel and will so advise the Court once counsel is obtained.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-13-05

(17)

When consulted, Plaintiff's attorney did not oppose this Motion.

Respectfully submitted,

*/s/ Stephen D. Wakefield*
Stephen D. Wakefield BPR No. 5632
Kim Koratsky BPR No. 20163
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120-4367
901.537.1000

Counsel for Defendants

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, via U.S. Mail, postage prepaid, and facsimile delivery, on this the 12th day of September, 2005:

Brian W. Dougherty
Howard M. Radzely
Stanley E. Keen
Theresa Ball
Office of the Solicitor
U.S. Department of Labor
618 Church Street, Suite 230
Nashville, TN 37219-2456
Fax No. (615) 781-5321

Mr. Huo Guang Huang
Ms. Min Fang Yang
815 Exocet Dr., Suite 102
Cordova, TN 38018

Raymond Wong
150 Broadway, Suite 1588
New York, NY 10038
Fax No. (212) 566-8960

520291.2

3

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Honorable Jon McCalla
US DISTRICT COURT