FILED BY ⎯⎯⎯ D.C.

05 SEP 13 PM 5:16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> MIN FANG YANG, HUO GUANG HUANG, TASTY BUFFET, INC., AND TASTY CHINA BUFFET, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-2563 M1/P |

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTION AS COUNSEL FOR DEFENDANTS

Before the Court is Counsel's Motion to Withdraw and Substitution of Counsel for Defendants. Plaintiffs do not oppose Counsel's Motion. Based upon the Motion, supporting documents and for good cause shown, Counsel's Motion is well taken and is GRANTED. It is hereby ORDERED that Wyatt, Tarrant & Combs, LLP, may withdraw as counsel for Defendants and shall be replaced by Raymond Wong.

~~Jon P. McCalla~~ Tu M. Pham
United States ~~District Court~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-14-05



# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Honorable Jon McCalla
US DISTRICT COURT