FILED BY _____ D.C.

05 NOV 10 AM 11: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ELAINE L. CHAO, Secretary of  )
Labor, United States          )
Department of Labor,          )
                              )
            Plaintiff,        )
                              )
vs.                           )   Civ. No. <u>05-2563-Ml/P</u>
                              )
MIN FANG YANG, et al.,        )
                              )
            Defendants.       )
                              )

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL OF DEFENDANTS**

Before the court is defendants Min Fang Yang, Huo Guang Huang, Tasty Buffet, Inc., and Tasty China Buffet, Inc.'s, Motion for Substitution of Counsel of Defendants, filed November 7, 2005 (Dkt #25). For good cause shown, and no opposition by plaintiff's counsel, the defendants' Motion for Substitution of Counsel is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Herbert Hurst, Hurst Law Firm, P.A., 2287 Union Avenue, Memphis, Tennessee 38104 and Raymond Wong, Wong, Wong & Associates, P.C., 150 Broadway, Suite 1588, New York, New York 10078, are hereby granted leave to withdraw as counsel for defendants and R. Joseph Leibovich and Tomeka R. Hart, Young & Perl, PLC, One Commerce Square, Suite

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __11-10-05__



2380, Memphis, Tennessee 38103, be substituted as counsel of record for defendants.

IT IS SO ORDERED.

/s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

November 10, 2005
Date

### UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Robert Joseph Leibovich
YOUNG & PERL
One Commerce Square
Ste. 2380
Memphis, TN 38103

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Tomeka R. Hart
YOUNG & PERL PLC
One Commerce Sq
Ste 2380
Memphis, TN 38103

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Honorable Jon McCalla
US DISTRICT COURT