UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

FILED BY_____D.C.

05 DEC -1 PM 10: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) CIVIL ACTION ) |
| Plaintiff | ) FILE NO. 2:05cv2563-M1/P ) |
| v. | ) ) |
| MIN FANG YANG, HUO GUANG HUANG, TASTY BUFFET, INC., and TASTY CHINA BUFFET, INC., | ) ) ) ) ) |
| Defendants | ) |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on August 8, 2005, that the summons and complaint were duly served upon the defendants, and no Answer or other pleading has been filed by said defendants as required by law;

Therefore, upon the request of the plaintiff, default is hereby entered against the defendants, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this __1__ day of __December__, 2005.

THOMAS M. GOULD, CLERK

By ___Judy Easley___
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12-1-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Robert Joseph Leibovich
YOUNG & PERL
One Commerce Square
Ste. 2380
Memphis, TN 38103

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Tomeka R. Hart
YOUNG & PERL PLC
One Commerce Sq
Ste 2380
Memphis, TN 38103

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Honorable Jon McCalla
US DISTRICT COURT