IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC -6 AM 10: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>MIN FANG YANG, HUO GUANG HUANG, TASTY BUFFET, INC., and TASTY CHINA BUFFET, INC.<br><br>Defendants. | Civil Action File No. 05-2563 MI P |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came before the Court on Defendants' Motion to Withdraw as Counsel. It appears to the Court, and the Court finds, the motion is well taken, and Tomeka R. Hart should be allowed to withdraw as counsel of record in this matter. R. Joseph Leibovich will remain as counsel.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Defendants' Motion to Withdraw as Counsel is hereby GRANTED.

_____
JUDGE

December 6, 2005
_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05

1

(41)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CV-02563 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

Robert Joseph Leibovich
YOUNG & PERL
One Commerce Square
Ste. 2380
Memphis, TN 38103

Brian W. Dougherty
U.S. DEPARTMENT OF LABOR
618 Church Street
Ste. 230
Nashville, TN 37219--245

Theresa Ball
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Howard M. Radzely
U.S. DEPARTMENT OF LABOR
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Tomeka R. Hart
YOUNG & PERL PLC
One Commerce Sq
Ste 2380
Memphis, TN 38103

Stanley E. Keen
Office of the Solicitor
618 Church Street
Suite 230
Nashville, TN 37219--245

Honorable Jon McCalla
US DISTRICT COURT